# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 201 MM 2017 |
| | : |
| | : |
| Respondent | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| THOMAS DUANE TAYLOR, | : |
| | : |
| Petitioner | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 14th day of February, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.